# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:11cr71

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| MARIA HERMINIA ESCALANTE ) | |
| PORTILLO, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendant's letter to the court dated July 28, 2012. In that letter, defendant complains that she has not been sentenced despite having entered a plea in August 2011. Further, she states that she will have served her maximum sentence of 18 months on August 14, 2012. The court has reviewed the filings in this case and, under the proposed advisory guidelines, she faces an advisory guidelines range of 15-21 months, meaning that she has not served the maximum period of incaceration under the guidelines.

In any event, the court will direct the Clerk of Court to place this matter on the next available sentencing calendar.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Clerk of Court place this matter on the next available sentencing calendar.

Signed: August 7, 2012

Max O. Cogburn Jr.
United States District Judge